THE STATE EX REL. ROBERTS, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Roberts v. Indus. Comm.,* 139 Ohio St.3d 185, 2014-Ohio-2112.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 2013-0349—Submitted April 29, 2014—Decided May 21, 2014.)

APPEAL from the Court of Appeals for Franklin County,

No. 12AP-298, 2013-Ohio-287.

_____

{¶ 1} The judgment of the court of appeals is affirmed for the reasons stated in the opinion of the court of appeals.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____

Agee, Clymer, Mitchell & Laret and Robert M. Robinson, for appellant.

Michael DeWine, Attorney General, and Latawanda N. Moore, Assistant Attorney General, for appellee Industrial Commission of Ohio.

_____